Nov. Term,
1861.

RICHARDSON
v.
STOUT.

*Orris Blake, M. H. Kidd* and *Ben. S. Nicklin,* for the appellants.

*J. D. Conner* and *C. S. Parrish,* for the appellee.

---

RICHARDSON *v.* STOUT.

*Tuesday,*
*December 3.*

APPEAL from the *Grant* Common Pleas.

*Per Curiam.*—Suit to foreclose a mortgage. Judgment of foreclosure and sale. Appeal for time.

The proceedings were marked by more than ordinary accuracy. The statute closely followed. See Perk. Prac. 645, *et seq.*

The judgment below is affirmed, with 5 per cent. damages and costs.

*H. D. Thompson,* for the appellant.